# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

UNITED STATES OF AMERICA

v.                                                   CRIMINAL ACTION NO. 5:24-cr-00090-5

JERMAINE ANTOINE JOHNSON

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On March 3, 2025, all counsel and the Defendant appeared for a guilty plea hearing to the Indictment. The Indictment charges the Defendant with conspiracy to distribute methamphetamine and fentanyl, in violation of 21 U.S.C. § 846. [ECF 9]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on March 3, 2025. [ECF 426]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 8]. Objections in this case were due on March 20, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 426**] and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Clerk is directed to transmit copies of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:       April 1, 2025



Frank W. Volk
Chief United States District Judge